FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAR 20  PM 4:45

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 - CV - 00712**

(To be supplied by the court)

Lisa Pearson and CZNAS of Novitas, Plaintiff,
Jurisdictions J and H

v.

Novitas Solutions                ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

## COMPLAINT

---

(Rev. 07/06)

## PARTIES

1. Plaintiff ___Lisa Pearson___ is a citizen of ___United States___
   who presently resides at the following address:
   ___350 Canon Ridge Rd    Canon City CO 81212___

2. Defendant ___Novitas Solutions___ is a citizen of ___(IS incorporated___
   who live(s) at or is/are located at the following address:
   ___business in Pennsylvania)___

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   ___28 usc 1331___

5. Briefly state the background of your case:

The Center for medicare and medicaid services (cms) has issued a ruling that pain management services provided by nurse anesthetists (CRNAs) are reimbursable when it is within the states scope of practice. These services are reimbursable in Colorado per state statutes, I have been providing pain management services to ~~cRN~~ medicare beneficiaries in this state since 2014.
On march 17th Novitas Solutions (the medicare contractor for Colorado and other states) issued a local coverage determination that would prevent me from being reimbursed for some of the pain management services I provide to medicare patient This effects all CRNAs in the Novitas jurisdiction not just myself.

(Rev. 07/06)

2

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. An injunction preventing the Novitas Solutions from implementing the LCD until the case is heard.

2. monetary damages can not be determined at this time.

a. Novitas has created an LCD that unfairly restricts the practice of non-physicians

b. Novitas requires only board certification in physician specialty to practice pain management (per LCD) but state licensing for a non physician provider.

C. This LCD excludes CRNA's from pain management practice without demonstration of further training. This is in contradiction to CMS Regulations. And the standard physicians are held to is not the same.

D. Institution of this LCD will damage my practice and reputation with my patient. (Who will be told that I am not qualified to provide the services)

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief: Injunction stopping the institution of LCD L36920 by Novitas Solutions.

Monetary damages unable to be determined at this time.

Date: 3/20/17

_____
(Plaintiff's Original Signature)

350 Canon Ridge Rd
(Street Address)

Canon City, Co 81212
(City, State, ZIP)

719-371-0100
(Telephone Number)